UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARK DUANE CURTIS, JR.,                       <u>INDICTMENT</u>
CALVIN ANTWAUN HILL, and
JORDAN TYWAUN ALLEN,

    Defendants.
_____/

The Grand Jury charges:

## COUNT 1
**(Felon in Possession of a Firearm)**

Between on or about September 8, 2022, and September 11, 2022, in Berrien County, in the Southern Division of the Western District of Michigan,

MARK DUANE CURTIS, JR.,

knowing he had previously been convicted of one or more crimes punishable by imprisonment for a term exceeding one year, knowingly possessed a MAG Tactical Systems 5.56 caliber assault rifle pistol, and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(a)(8)

## COUNT 2
**(Felon in Possession of a Firearm)**

On or about September 10 and 11, 2022, in Berrien County, in the Southern Division of the Western District of Michigan,

CALVIN ANTWAUN HILL,

knowing he had previously been convicted of one or more crimes punishable by imprisonment for a term exceeding one year, knowingly possessed a Glock Model 19X Gen 5 9-millimeter pistol, and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(a)(8)

## COUNT 3
**(Felon in Possession of a Firearm)**

Between on or about September 9, 2022, and September 11, 2022, in Berrien County, in the Southern Division of the Western District of Michigan,

JORDAN TYWAUN ALLEN,

knowing he had previously been convicted of one or more crimes punishable by imprisonment for a term exceeding one year, knowingly possessed a Glock Model 5 .22 caliber pistol, and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(a)(8)

## FORFEITURE ALLEGATION
### (Count 1 – Felon in Possession of a Firearm)

The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. § 922(g)(1) set forth in Count 1 this Indictment,

MARK DUANE CURTIS, JR.

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the offense, including, but not limited to the MAG Tactical Systems 5.56 caliber assault rifle pistol (SN: MTS17237) and the associated ammunition.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)(1)

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
PATRICK CASTLE
JONATHAN ROTH
Assistant United States Attorneys